**In re Petition for DISCIPLINARY ACTION AGAINST Amanda Lyn KOBLE, a Minnesota Attorney, Registration No. 386825.**

No. A13–0184.

Supreme Court of Minnesota.

May 1, 2013.

ORDER

By order filed on March 13, 2013, we suspended respondent Amanda Lyn Koble from the practice of law for a minimum of 30 days, effective 14 days from the date of the filing of the order. Respondent has filed an affidavit seeking reinstatement in which she stated that she has fully complied with the terms of the suspension order, except for successful completion of the professional responsibility portion of the state bar examination. The Director of the Office of Lawyers Professional Responsibility does not oppose the request.

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that:

1. Effective April 26, 2013, respondent Amanda Lyn Koble is conditionally reinstated to the practice of law in the State of Minnesota, subject to her successful completion of the professional responsibility portion of the state bar examination; and

2. By March 13, 2014, respondent shall comply with Rule 18(e)(3), Rules on Lawyers Professional Responsibility (RLPR), by filing with the Clerk of Appellate Courts and serving upon the Director proof of respondent's successful completion of the professional responsibility portion of the state bar examination. Failure to do so shall result in automatic re-suspension pending proof of successful completion of the examination, pursuant to Rule 18(e)(3), RLPR.

BY THE COURT:

/s/_____

Alan C. Page
Associate Justice